UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 26358
ADELA TISCHELER
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-2440


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/15/04 and confirmed on 09/16/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  12210.00 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| TOWNES AT FISHER FARMS | UNSECURED | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 4153.54 | .00 | 1038.39 |
| KANE COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7124.64 | .00 | 1781.16 |
| CREDIT FIRST NA | UNSECURED | 1105.61 | .00 | 276.40 |
| CREDIT FIRST NATIONAL AS | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 682.91 | .00 | 170.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1247.49 | .00 | 311.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8085.57 | .00 | 2021.39 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6869.43 | .00 | 1717.36 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6222.44 | .00 | 1555.61 |
| CARD SERVICE CENTER | UNSECURED | 2674.97 | .00 | 668.74 |
| CITIFINANCIAL | UNSECURED | 1040.80 | .00 | 260.20 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 39207.40 | .00 | 39207.40 |
| PRINCIPAL PAID | .00 | .00 | 9801.85 | .00 | 9801.85 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 9801.85 | .00 | 9801.85 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    2700.00
and was paid $    1000.00  direct and $    1700.00  through the plan.

The Trustee received $     495.57 .

Refunds to the Debtor totaled $     212.58 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 26358 ADELA TISCHELER